

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-28-2009

# Joanne Boyd v. Wachovia Bank NA

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-3485

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Joanne Boyd v. Wachovia Bank NA" (2009). *2009 Decisions.* Paper 1976.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1976

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-83          NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-3485
_____

JOANNE BOYD,
                              Appellant

v.

WACHOVIA BANK NA;
COURT OF COMMON PLEAS
OF PHILADELPHIA ORPHAN'S COURT

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 08-cv-03178)
District Judge:  Honorable J. Curtis Joyner

_____

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
January 23, 2009
Before: SLOVITER, FUENTES and JORDAN, Circuit Judges

(Opinion filed:  January 28, 2009)

_____

OPINION

_____

PER CURIAM

      Appellant Joanne Boyd, proceeding pro se, filed a complaint in the United States

District Court for the Eastern District of Pennsylvania, naming Wachovia Bank and the

Court of Common Pleas of Philadelphia, Orphans' Court as defendants. Appellant alleged that the Superior Court of Pennsylvania and the Court of Common Pleas of Philadelphia violated her constitutional rights by failing to follow certain Pennsylvania Rules of Appellate Procedure during the course of proceedings she initiated to challenge Wachovia Bank's final account of Appellant's son's finances in its role as Guardian of his estate. The District Court granted Appellant in forma pauperis status and dismissed her complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

We have jurisdiction over this appeal pursuant to 28 U.S.C. § 1291. We agree with the District Court that the state courts, as state entities, are entitled to immunity from suit in federal court pursuant to the Eleventh Amendment. See Benn v. First Judicial Dist. of Pa., 426 F.3d 233, 240-41 (3d Cir. 2005). Appellant fails to allege any claims against Wachovia Bank in the instant action. Accordingly, we conclude that this appeal presents no "substantial question," and will summarily affirm the judgment of the District Court. See 3d Cir. LAR 27.4 & I.O.P. 10.6. Appellant's motions to expand the District Court record, for leave to correct clerical mistakes, and for leave to file a revised notice of appeal are denied.